UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SMOOT CONSTRUCTION OF
WASHINGTON, D.C.,

        **Plaintiff,**

        v.

THE SMOOT CORPORATION, *et al.*,

        **Defendants.**

Civil Action 2:22-cv-1707
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Defendants' Motion for Leave for the Parties to File Documents Under Seal (ECF No. 149). Therein, Defendants seek an order for Plaintiff to file certain exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Leave to File Supplemental Declaration in Support of Cross-Motion to Enforce Instanter Due to New Evidence (ECF No. 145) under seal, asserting that those exhibits contain Defendants' contain confidential financial information and profit margins regarding Defendants' operations that could be used by competitors. (*Id.*)

Based on these representations, the undersigned concludes that the exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, Defendants' Motion (ECF No. 149) is **GRANTED**. Plaintiff is **ORDERED** to file Exhibits I and J to their Memorandum in Opposition, comprising the 2014 and 2015 Consolidated Financial Reports of Defendant Smoot Corporation, **UNDER SEAL**. However, the Court is mindful that sealing of documents should be narrowly tailored and no broader than necessary. *See Shane*

*Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016).

Accordingly, Defendants shall also, **WITHIN SEVEN DAYS** of the date of this Order, file

redacted versions of the exhibits on the public docket, redacting only that information

constituting Defendants' confidential financial information as described in Defendants' Motion.

 

       **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2